David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700,
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

David Ben-Meir (SBN 192028)
david.ben-meir@nortonrosefulbright.com
Daniel Scott Leventhal (*pro hac vice*)
(Tex. Bar No. 24050923)
daniel.leventhal@nortonrosefulbright.com
Eric Brinn Hall (*pro hac vice*)
(Tex. Bar No. 24012767)
eric.hall@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-8360

*Attorneys for Plaintiff Qualcomm Incorporated*

*[Additional counsel identified on signature page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INCORPORATED,<br><br>Defendant. | CASE NO. 3:17-cv-02398-DMS-MDD<br><br>**QUALCOMM'S NOTICE OF MOTION AND MOTION TO ASSERT ADDITIONAL CLAIMS IN ITS PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Date:<br>Time:<br>Place: Courtroom 13A |

1
2   Judge: Dana M. Sabraw
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that as soon as it may be heard, in Courtroom 13A before the Honorable Dana M. Sabraw, Plaintiff Qualcomm Incorporated ("Qualcomm") will and hereby does move the Court for an order permitting Qualcomm to assert three total claims from each of the '356 patent, the '674 patent, the '002 patent, and the '633 patent. The total number of asserted claims, under Qualcomm's proposal, is twelve.

This motion is supported by the accompanying Memorandum of Points and Authorities and such other written and oral argument and authorities that may be presented at or before the hearing of this motion.

Qualcomm's counsel provided notice regarding its intent to file this Motion on May 22, 2018. Apple has not taken a position regarding Qualcomm's Motion.

DATED: May 22, 2018       By:   *s/ Michelle Ann Clark*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

| | |
|---|---|
| 1 | Sean S. Pak (SBN 219032) |
| 2 | seanpak@quinnemanuel.com |
|   | Michael D. Powell (SBN 202850) |
| 3 | mikepowell@quinnemanuel.com |
|   | Michelle Ann Clark (SBN 243777) |
| 4 | michelleclark@quinnemanuel.com |
|   | Andrew M. Holmes (SBN 260475) |
| 5 | drewholmes@quinnemanuel.com |
| 6 | 50 California St, 22nd Floor |
|   | San Francisco, California 94111 |
| 7 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 857-6700 |
| 8 | |
| 9 | Patrick D. Curran (SBN 241630) |
| 10 | patrickcurran@quinnemanuel.com |
|   | 51 Madison Avenue, 22nd Floor |
| 11 | New York, NY 10010 |
|   | Telephone: (212) 849-7000 |
| 12 | Facsimile: (212) 849-7100 |
| 13 | |
|   | Yury Kapgan (SBN 218366) |
| 14 | yurykapgan@quinnemanuel.com |
|   | Scott Watson (SBN 219147) |
| 15 | scottwatson@quinnemanuel.com |
|   | Michael Louis Fazio (SBN 228601) |
| 16 | michaelfazio@quinnemanuel.com |
| 17 | Joseph Sarles  (SBN 254750) |
|   | josephsarles@quinnemanuel.com |
| 18 | Valerie A. Lozano (SBN 260020) |
|   | valerielozano@quinnemanuel.com |
| 19 | 865 South Figueroa Street, 10th Floor |
| 20 | Los Angeles, CA 90017 |
|    | Telephone: 213-443-3000 |
| 21 | Facsimile: 213-443-3100 |
| 22 | **JONES DAY** |
|    | Karen P. Hewitt (SBN 145309) |
| 23 | kphewitt@jonesday.com |
| 24 | Randall E. Kay (SBN 149369) |
|    | rekay@jonesday.com |
| 25 | John D. Kinton (SBN 203250) |
|    | jkinton@jonesday.com |
| 26 | 4655 Executive Drive, Suite 1500 |
| 27 | San Diego, California 92121 |
|    | Telephone: (858) 314-1200 |
| 28 | Facsimile:  (844) 345-3178 |

-2-                                                   Case No. 3:17-cv-02398-DMS-MDD
QUALCOMM'S NOTICE OF MOTION AND MOTION TO ASSERT ADDITIONAL CLAIMS IN ITS
PRELIMINARY INFRINGEMENT CONTENTIONS

1
2   **NORTON ROSE FULBRIGHT US LLP**
    Richard S. Zembek (Pro Hac Vice)
3   richard.zembek@nortonrosefulbright.com
    Eric B. Hall (pro hac vice forthcoming)
4   (Tex. Bar No. 24012767)
    eric.hall@nortonrosefulbright.com
5   Daniel S. Leventhal (pro hac vice
    forthcoming) (Tex. Bar No. 24050923)
6   daniel.leventhal@nortonrosefulbright.com
    Talbot R. Hansum (pro hac vice
7   forthcoming)
    (Tex. Bar No. 24084586)
8   talbot.hansum@nortonrosefulbright.com
    Fulbright Tower
9   1301 McKinney, Suite 5100
    Houston, TX 77010
10  Telephone: (713) 651-5151
    *Attorneys for Plaintiff*
11  
12  Qualcomm Incorporated
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-   Case No. 3:17-cv-02398-DMS-MDD
QUALCOMM'S NOTICE OF MOTION AND MOTION TO ASSERT ADDITIONAL CLAIMS IN ITS
PRELIMINARY INFRINGEMENT CONTENTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on May 22, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Executed on May 22, 2018, at San Francisco, California.

*s/ Michelle Ann Clark*