David A. Nelson (*Pro Hac Vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

Richard S. Zembek (*Pro Hac Vice*)
richard.zembek@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5283

*Attorneys for Plaintiff and Counterclaim Defendant*
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-CV-02398-DMS-MDD<br><br>**STIPULATION REGARDING PRIORITY DATE FOR THE '356 PATENT**<br><br>Complaint Filed:   November 29, 2017 |

# STIPULATION REGARDING PRIORITY DATE
# FOR THE '356 PATENT

Plaintiff Qualcomm Incorporated ("Qualcomm"), by and through its undersigned counsel, hereby agrees and stipulates as follows:

1. This Stipulation Regarding Priority Date for the '356 Patent ("Stipulation") and the information it contains will be used only in the above-captioned Case No. 3:17-CV-02398-DMS-MDD and any appeal or remand arising therefrom. The Stipulation shall not be binding on any party for any other purpose or in any other administrative or judicial proceeding, and shall not be used for any other purpose, including as evidence, in any such other proceeding. The undersigned affirms and shall not dispute the statements made herein.

2. During a July 12, 2018 telephone conference in connection with the ITC Investigation No. 337-TA-1093, Qualcomm has agreed to submit this Stipulation. (Ex. A.)

3. Qualcomm does not and will not seek to establish a priority date for U.S. Patent No. 9,154,356 earlier than the filing date of U.S. Provisional Patent Application No. 61/652,064 on May 25, 2012 in the above-captioned Case No. 3:17-CV-02398-DMS-MDD.

**IT IS SO STIPULATED.**

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   | DATED:  July 20, 2018 | By:    */s/ Michelle A. Clark* |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Michael D. Powell (SBN 202850)
mikepowell@quinnemanuel.com
Michelle Ann Clark (SBN 243777)
michelleclark@quinnemanuel.com
Andrew M. Holmes (SBN 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 857-6700

Patrick Curran (SBN 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

| | |
|---|---|
| 1 | Yury Kapgan (SBN 218366) |
| 2 | yurykapgan@quinnemanuel.com |
|   | Scott Watson (SBN 219147) |
| 3 | scottwatson@quinnemanuel.com |
|   | Michael Louis Fazio (SBN 228601) |
| 4 | michaelfazio@quinnemanuel.com |
|   | Joseph Sarles (SBN 254750) |
| 5 | josephsarles@quinnemanuel.com |
|   | Valerie A. Lozano (SBN 260020) |
| 6 | valerielozano@quinnemanuel.com |
| 7 | 865 South Figueroa Street, 10th Floor |
|   | Los Angeles, California 90017 |
| 8 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
John D. Kinton (SBN 203250)
jkinton@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

**NORTON ROSE FULBRIGHT US LLP**
Richard S. Zembek (*Pro Hac Vice*)
richard.zembek@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5283

*Attorneys for Plaintiff and Counterclaim Defendant*
QUALCOMM INCORPORATED

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, the foregoing document was served via electronic mail on all counsel of record.

Executed on July 20, 2018, at San Francisco, California.

*/s/Michelle A. Clark*
Michelle A. Clark