UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>　　　　　　　　　　　Defendant. | Case No.: 17cv2398 DMS (MDD)<br><br>**ORDER RE: ORAL ARGUMENT** |

Qualcomm's motion for leave to amend its infringement contentions is currently scheduled for hearing on March 8, 2019. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the March 8, 2019 hearing is vacated.

**IT IS SO ORDERED**.

Dated: March 4, 2019

Hon. Dana M. Sabraw
United States District Judge