UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>                            Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                           Defendant.<br><br>APPLE INC.,<br><br>                        Counter Claimant,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>                       Counter Defendant. | Case No.: 17cv2398 DMS(MDD)<br><br>**ORDER GRANTING MOTION TO ASSERT ADDITIONAL COMBINATIONS IN INVALIDITY CONTENTIONS** |

      On July 23, 2018, Apple filed a Motion for Leave to Assert Additional Combinations in its Invalidity Contentions. [Doc. No. 119]  In the motion, Apple states Qualcomm does not oppose the motion.  Accordingly, the Court HEREBY GRANTS the Motion.  Apple

/ / /

/ / /

/ / /

is granted leave to assert an additional sixteen (16) prior art combinations against Plaintiff's asserted claims identified in its contentions served on May 22, 2018, as amended on June 5, 2018.

**IT IS SO ORDERED**.

Dated:  March 5, 2019

Hon. Dana M. Sabraw
United States District Judge