| | |
|---|---|
| David A. Nelson (pro hac vice) (Ill. Bar No. 6209623) davenelson@quinnemanuel.com QUINN EMANUEL URQUHART & SULLIVAN, LLP 191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606 Telephone: (312) 705-7400 Facsimile: (312) 705-7401 | Juanita R. Brooks, SBN 75934, brooks@fr.com Jason W. Wolff, SBN 215819, wolff@fr.com Fish & Richardson P.C. 12390 El Camino Real San Diego, CA 92130 Phone: 858-678-5070 / Fax: 858-678-5099 |
| Karen P. Hewitt (SBN 145309) kphewitt@jonesday.com Randall E. Kay (SBN 149369) rekay@jonesday.com Kelly V. O'Donnell (SBN 257266) kodonnell@jonesday.com JONES DAY 4655 Executive Drive, Suite 1500 San Diego, California 92121 Telephone: (858) 314-1200 Facsimile: (844) 345-3178 | Ruffin B. Cordell, DC Bar No. 445801, *admitted pro hac vice*, cordell@fr.com Lauren A. Degnan, DC Bar No. 452421, *admitted pro hac vice*, degnan@fr.com Indranil Mukerji, DC Bar No. 974398, *admitted pro hac vice*, mukerji@fr.com Fish & Richardson P.C. 1000 Main Avenue, S.W. Suite 1000 Washington, D.C. 20024 Phone: 202-783-5070 / Fax: 202-783-2331 |
| *Attorneys for Plaintiff Qualcomm Incorporated* | *Attorneys for Defendant Apple Inc.* |
| *[Additional counsel identified on signature page]* | *[Additional counsel identified on signature page]* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED, Plaintiff, v. APPLE INC., Defendant. | Case No. 3:17-CV-02398-DMS-MDD **JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER (DKT. NO. 98)** Magistrate Judge: Hon. Mitchell D. Dembin |

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil L.R. 6-1(b), Qualcomm Incorporated ("Qualcomm") and Apple Inc. ("Apple"), by and through their respective counsel, hereby jointly move for an order approving the stipulation below. This joint motion seeks leave for a modest extension of the deadlines for opening and rebuttal expert reports, the close of expert discovery, and the deadline to file dispositive and Daubert motions, which would mirror the same reasonable gaps between these deadlines that were accepted in *Qualcomm Inc. v. Apple Inc.*, No. 3:17-cv-1375-DMS-MDD, Dkt. 597. Good cause exists to adjust these deadlines based on ongoing third-party and party depositions in this Action, which the parties anticipate will continue through at least April 5, 2019.

## STIPULATION

WHEREAS, the Court's March 8, 2018 Case Management Order Regulating Discovery and Other Pretrial Proceedings in a Patent Case (Dkt. 98) sets certain deadlines relating to discovery and motion practice;

WHEREAS, the parties have met and conferred and agree that good cause exists to adjust the deadlines for expert discovery, dispositive motions, and Daubert motions based on ongoing third-party and party depositions in this Action, which the parties anticipate will continue through at least April 5, 2019;

WHEREAS, the modest revision to the Court's schedule identified below would maintain the same reasonable gaps between the deadlines for expert discovery, dispositive motions, and Daubert motions accepted by this Court in a related case between the parties (*See Qualcomm Inc. v. Apple Inc.*, No. 3:17-cv-1375-DMS-MDD, Dkt. 597);

WHEREAS, the parties agree that the following modification would be mutually beneficial:

| Event | Current Deadline (Dkt. 98) | Proposed Deadline |
|---|---|---|
| Opening expert reports | 04/10/2019 | 04/30/2019 |
| Rebuttal expert reports | 05/08/2019 | 05/31/2019 |

| | | |
|---|---|---|
| Close of expert discovery | 06/05/2019 | 06/28/2019 |
| Deadline to file dispositive motions/Daubert motions | 06/19/2019 | 07/12/2019 |

WHEREAS, the above requested modification of deadlines would not affect any other Court-ordered deadlines, is not being sought to cause delay, and will not result in prejudice to either party or to third parties;

WHEREAS, neither party waives its right to seek further relief for the timing of any productions or disclosures, nor waives its right to seek other scheduling adjustments;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

The Case Management Order (Dkt. 98) shall be modified as set forth above.

No other dates set by this Court shall be modified based on this Order.


Dated: March 26, 2019                     Respectfully submitted,

By: */s/ Zachariah Summers*
Zachariah Summers

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Michael D. Powell (SBN 202850)
mikepowell@quinnemanuel.com
Michelle Ann Clark (SBN 243777)
michelleclark@quinnemanuel.com

2                                    Case No. 3:17-CV-02398-DMS-MDD

Andrew M. Holmes (SBN 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 857-6700

Patrick Curran (SBN 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Marissa R. Ducca (*pro hac vice*)
(DC Bar No. 979328)
marissaducca@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Scott Watson (SBN 219147)
scottwatson@quinnemanuel.com
Zachariah B. Summers (SBN 255284)
Zachariahsummers@quinnemanuel.com
Michael Louis Fazio (SBN 228601)
michaelfazio@quinnemanuel.com
Joseph Sarles (SBN 254750)
josephsarles@quinnemanuel.com
Valerie A. Lozano (SBN 260020)
valerielozano@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**JONES DAY**
Karen P. Hewitt (SBN 145309)

| | |
|---|---|
| 1 | kphewitt@jonesday.com |
| 2 | Randall E. Kay (SBN 149369) |
|   | rekay@jonesday.com |
| 3 | John D. Kinton (SBN 203250) |
| 4 | jkinton@jonesday.com |
|   | 4655 Executive Drive, Suite 1500 |
| 5 | San Diego, California 92121 |
| 6 | Telephone: (858) 314-1200 |
|   | Facsimile: (858) 345-3178 |

**NORTON ROSE FULBRIGHT US LLP**
Richard S. Zembek (*Pro Hac Vice*)
richard.zembek@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5283

*Attorneys for Plaintiff Qualcomm Incorporated*

Dated: March 26, 2019               Respectfully submitted,

By: */s/ Noah Graubart*
Noah Graubart

Juanita R. Brooks, SBN 75934
brooks@fr.com
Jason W. Wolff, SBN 215819
wolff@fr.com
Seth M. Sproul, SBN 217711,
sproul@fr.com
Michael A. Amon, SBN 226221,
amon@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Betty H. Chen, SBN 290588
bchen@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-893-5070/ Fax: 650-893-5071

Ruffin B. Cordell, DC Bar No. 445801
*Admitted pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421
*Admitted pro hac vice*, degnan@fr.com
Indranil Mukerji, DC Bar No. 974398
*Admitted pro hac vice*, mukerji@fr.com
Brian Livedalen, DC Bar No. 1002699
*Admitted pro hac vice,* livedalen@fr.com
Fish & Richardson P.C.
1000 Main Avenue, S.W.
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

Benjamin C. Elacqua, TX Bar No. 24055443
*Admitted pro hac vice,* elacqua@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

Whitney Reichel, MA Bar No. 663599
*Admitted pro hac vice,* wreichel@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Phone: 617-542-5070 / Fax: 617-542-8906

Jacqueline Tio, GA Bar No. 940367

*Admitted pro hac vice,* tio@fr.com
Fish & Richardson P.C.
1180 Peachtree Street N.E., 21st floor
Atlanta, GA 30309
Phone: 404-892-5005/ Fax: 404-892-5002

Mark D. Selwyn, SBN 244180,
mark.selwyn@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: 650-858-6000 / Fax: 650-858-6100

William F. Lee, MA Bar No. 291960
appearing *pro hac vice*,
william.lee@wilmerhale.com
Joseph J. Mueller, MA Bar No. 647567
appearing *pro hac vice*,
joseph.mueller@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone: 617-526-6000 / Fax: 617-526-5000

Nina S. Tallon, DC Bar No. 479481
appearing *pro hac vice*,
nina.tallon@wilmerhale.com
Gregory H. Lantier, DC bar No. 492043
appearing *pro hac vice*
gregory.lantier@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: 202-663-6000 / Fax: 202-663-6363

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Local Rule 5.4(d).

Dated: March 26, 2019          /s/     Zachariah Summers

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his/her electronic signature on this document.

Dated: March 26, 2019          /s/     Zachariah Summers